# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Temitope Abu            BK NO. 24-02936 HWv
       Takeshia Shontay Abu

               Debtor(s)            Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                            Respectfully submitted,

/s/ *Brent J. Lemon*
_____
Brent Lemon
10 Dec 2024, 14:19:13, EST


                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  215-627-1322

Document ID: d040b3072bbef55677f229ace67aadc7697982f8dcb8b1d822df23947add5272
Case 1:24-bk-02936-HWV    Doc 13    Filed 12/10/24    Entered 12/10/24 17:02:54    Desc
Main Document     Page 1 of 1