United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Temitope Abu  
Takeshia Shontay Abu  
    Debtors

Case No. 24-02936-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 18, 2024      Form ID: ntcnfhrg      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Temitope Abu, Takeshia Shontay Abu, 248 Piedmont Way, Hanover, PA 17331-9824 |
| 5668258 | + | Arcadia Bureau, LLC, PO Box 6768, Reading, PA 19610-0768 |
| 5668271 | + | Medcare Susquehanna Valley, 381 Independence Avenue, Mechanicsburg, PA 17055-6105 |
| 5668272 |   | Midland Mortgage, a division of, Midfirst Bank, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5668278 |   | North American Partners in Anesthes, PO Box 200573, Dallas, TX 75320-0573 |
| 5668280 | + | Quantum Imaginig & Therapeutic Asso, PO Box 3190, Dublin, OH 43016-0089 |
| 5668282 | + | Tall Oaks Apartments, LLLP, 3515 Leslie Way, Laurel, MD 20724-2146 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5668260 |   | Email/Text: bankruptcynotice@aspendental.com | Dec 18 2024 18:47:00 | Aspen Dental, 281 Sanders Creek Pkwy, East Syracuse, NY 13057 |
| 5668259 | ^ | MEBN | Dec 18 2024 18:44:35 | Arcadia Recovery, P O Box 6768, Reading, PA 19610-0768 |
| 5668261 | + | Email/Text: BGEBankruptcy@BGE.com | Dec 18 2024 18:47:00 | Baltimore Gas and Electric, 110 W Fayette Street, Baltimore, MD 21201-3708 |
| 5668262 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 18 2024 18:47:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5668263 | + | Email/Text: Bankruptcy@BAMcollections.com | Dec 18 2024 18:47:00 | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5668264 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2024 18:59:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5668265 |   | Email/Text: Collections_Bankruptcies@encoreexchange.com | Dec 18 2024 18:47:00 | Computer Credit, Inc., Dept. 009696, P O Box 5238, Winston Salem, NC 27113-5238 |
| 5668266 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 18 2024 18:48:00 | Credit Collections Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5668267 | + | Email/Text: bankruptcy@firstfinancial.org | Dec 18 2024 18:48:00 | First Financial FCU, Attn: Bankruptcy, 72 Loveton Circle, Sparks Glencoe, MD 21152-9202 |
| 5668268 |   | Email/Text: govtaudits@labcorp.com | Dec 18 2024 18:47:00 | LabCorp, P.O. Box 2240, Burlington, NC 27216-2240 |
| 5668269 | + | Email/Text: support@ljross.com | Dec 18 2024 18:48:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, Po Box 6099, Jackson, MI 49204-6099 |
| 5668270 | + | Email/Text: bknotification@loandepot.com | Dec 18 2024 18:48:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5668273 | ^ | MEBN | Dec 18 2024 18:45:14 | Mohela/dept Of Ed, Pob 60610, Harrisburg, PA 17106-0610 |
| 5668274 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Dec 18 2024 18:47:00 | Monterey Financial Services, LLC, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 5668275 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 18 2024 18:48:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5668277 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 18 2024 18:48:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5668279 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2024 19:00:46 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 5668281 | + | Email/Text: amieg@stcol.com | Dec 18 2024 18:47:00 | State Collections Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716-3314 |
| 5668283 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 18 2024 18:48:00 | Transworld, Attn Bankruptcy, Transworld Systems Inc. Po Box 15130, Wilmington, DE 19850-5130 |
| 5668284 | ^ | MEBN | Dec 18 2024 18:45:04 | UPMC, PO Box 2353, Harrisburg, PA 17105-2353 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5668276 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 2 Takeshia Shontay Abu ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Temitope Abu ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Temitope Abu,<br>**Debtor 1**<br><br>Takeshia Shontay Abu,<br>fka Takeshia Frasier,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:24−bk−02936−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 15, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: January 22, 2025<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2024 |

ntcnfhrg (08/21)