## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN Re: **TEMITOPE ABU** | : | **Chapter 13** |
| **TAKESHIA SHONTAY ABU** | : | |
| **DEBTORS** | : | **Case No. 1:24-bk-02936-HWV** |
| | : | |
| **MIDFIRST BANK ,** | : | |
| **MOVANT** | : | |
| | : | |
| **TEMITOPE ABU** | : | |
| **TAKESHIA SHONTAY ABU** | : | |
| **RESPONDENTS** | : | |
| | : | |
| **JACK N. ZAHAROPOULOS** | : | |
| **TRUSTEE** | : | |

### DEBTORS' RESPONSE TO MOTION OF MIDFIRST BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, Midfirst Bank, filed its Motion For Relief From The Automatic Stay on March 28, 2025.

2. Debtors acknowledge that they are delinquent on mortgage payments.

3. Debtors would like the opportunity to get caught up on post-petition payments.

4. Debtors request the Court deny Movant's Motion for Relief.

WHERFORE, Debtors, Temitope Abu and Takeshia Shontay Abu, prays the Court enter its Order denying the Motion For Relief From The Automatic Stay that was filed March 28, 2025 by Midfirst Bank.

Dated: March 28, 2025

Respectfully Submitted,

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
717-632-4656 Phone
(717) 632-3612 Fax