**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 1:24-bk-02936 |
| Temitope Abu | Chapter 13 |
| Ta'keisha Abu | |
| Debtor(s) | |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 7/9/2025, I did cause a copy of the following document(s), described below:

Order Confirming Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/9/2025

/s/ Nicholas G. Platt
Nicholas G. Platt
Bar No. 327239
Mooney Law
230 York Street
Hanover PA 17331-0000
(717)632-4656
ngp@mooney4law.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 1:24-bk-02936 |
| Temitope Abu | Chapter 13 |
| Ta'keisha Abu | |
| Debtor(s) | |

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 7/9/2025, I did cause a copy of the following document(s), described below:

Order Confirming Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/9/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 7/9/2025, I caused a copy of the Order Confirming Amended Chapter 13 Plan to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | |
|---|---|---|---|---|
| Arcadia Recovery | P O Box 6768 | | | Reading PA 19610-0768 |
| Ashley Funding Services, LLC | Resurgent Capital Services | PO Box 10587 | | Greenville SC 29603-0587 |
| ASPEN DENTAL | PO BOX 1578 | | | Albany NY 12201-1578 |
| Baltimore Gas and Electric | 110 W Fayette Street | | | Baltimore MD 21201-3708 |
| Bank of America | Attn: Bankruptcy | 4909 Savarese Circle | | Tampa FL 33634-2413 |
| Bank of America, N.A. | PO Box 673033 | | | Dallas TX 75267-3033 |
| Bureau of Account Management | 3607 Rosemont Ave, Suite 502 | PO Box 8875 | | Camp Hill PA 17001-8875 |
| Capital One | Attn: Bankruptcy | Po Box 30285 | | Salt Lake City UT 84130-0285 |
| Computer Credit, Inc. | Dept. 009696 | P O Box 5238 | | Winston Salem NC 27113-5238 |
| Credit Collections Services | 725 Canton Street | | | Norwood MA 02062-2679 |
| First Financial FCU | Attn: Bankruptcy | 72 Loveton Circle | | Sparks Glencoe MD 21152-9202 |
| JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 7999 | | | Saint Cloud MN 56302-7999 |
| LJ Ross & Associates | Attn: Bankruptcy | 4 Universal Way, Po Box 6099 | | Jackson MI 49204-6099 |
| LABORATORY CORPORATION OF AMERICA | ATTN GOVERNMENT AUDITS | PO BOX 2270 | | Burlington NC 27216-2270 |
| LoanDepot | Attn: Bankruptcy | 26642 Towne Center | | Foothill Ranch CA 92610-2808 |
| MIDFIRST BANK | 999 NorthWest Grand Boulevard | | | Oklahoma City OK 73118-6051 |
| Medcare Susquehanna Valley | 381 Independence Avenue | | | Mechanicsburg PA 17055-6105 |
| Midland Mortgage, a division of | Midfirst Bank | PO Box 26648 | | Oklahoma City OK 73126-0648 |
| Mohela/dept Of Ed | Pob 60610 | | | Harrisburg PA 17106-0610 |
| Monterey Financial Services, LLC | 4095 Avenida De La Plata | | | Oceanside CA 92056-5802 |
| NAVY FCU | Attn: Bankruptcy | Po Box 3000 | | Merrifield VA 22119-3000 |
| North American Partners in Anesthes | PO Box 200573 | | | Dallas TX 75320-0573 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | PO BOX 41067 | | | Norfolk VA 23541-1067 |
| Quantum Imaginig & Therapeutic Asso | PO Box 3190 | | | Dublin OH 43016-0089 |
| State Collections Service, Inc. | 2509 S. Stoughton Road | | | Madison WI 53716-3314 |
| Tall Oaks Apartments, LLLP | 3515 Leslie Way | | | Laurel MD 20724-2146 |
| Transworld | Attn Bankruptcy | Transworld Systems Inc. Po Box 15130 | | Wilmington DE 19850-5130 |
| UPMC | PO Box 2353 | | | Harrisburg PA 17105-2353 |
| JACK N ZAHAROPOULOS | ATTN CHAPTER 13 TRUSTEE | 8125 ADAMS DRIVE SUITE A | | Hummelstown PA 17036-8625 |
| Temitope Abu | 248 Piedmont Way | | | Hanover PA 17331-9824 |